YVETTE WEINSTEIN
Trustee In Bankruptcy
6450 Spring Mountain Rd. #14
Las Vegas, Nevada 89146
(702) 364-8919- Telephone
(702) 364-8922 - Fax

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

In re

MOLINA, JESSICA

Debtor(s)

CASE NO.:09-33374 MKN

CHAPTER 7

NOTICE OF UNCLAIMED FUNDS

TO: Clerk, United States Bankruptcy Court

FROM: Yvette Weinstein, Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS 613300 |
|---|---|---|---|
|  | JESSICA MOLINA<br>1908 JOLIET CR.<br>LAS VEGAS, NV 89108 |  |  |
| TOTAL |  | $ | $866.00 |

Dated: November 04, 2011

_____
Yvette Weinstein, Trustee

NOTE: Claims that are $25.00 or less go into CAS 106000. Claims that are more than $25.00 go into CAS 613300. The amounts that are to be deposited into the registry can be written on one check.

rcpt #205177        $866 —